```
        IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BECKLEY
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 5:17-00113

**RASHAUN CARTER**
**CHARLES E. HILL JR.**
**ESAU E. BURNETTE**
**DOMINIC J. COPNEY**
**COREY D. LARKIN**
**GEORGE E. BROCKMAN, II**
**SHAUN L. GIVENS**
**JONATHAN O. BROCKMAN**
**SHAWN AKIEM ANDERSON**
**DAVID SHAUN COLEMAN**

## ORDER

At defendants' final disposition hearings and upon oral motion of the United States, the court **ORDERED** that the Superseding Indictment be dismissed against the following defendants:

1) Rashaun Carter's final disposition hearing was held on July 26, 2018, in Criminal No. 5:18-00054, and Count One of the Superseding Indictment was dismissed as to this defendant.

2) Charles Hill's final disposition hearing was held on July 11, 2018, in Criminal No. 5:18-00046, and Count One of the Superseding Indictment was dismissed as to this defendant.

3) Esau Burnette's final disposition hearing was held on July 10, 2018, in Criminal No. 5:17-00037, and Count One of the Superseding Indictment was dismissed as to this defendant.

4) Dominic Copney's final disposition hearing was held on April 17, 2018, in Criminal No. 5:17-00201, and Count One of the Superseding Indictment was dismissed as to this defendant.

5) Corey Larkin's final disposition hearing was held on July 11, 2018, in Criminal No. 5:18-00027, and Counts One and Eight of the Superseding Indictment was dismissed as to this defendant.

6) George Brockman's final disposition hearing was held on August 13, 2018, in Criminal No. 2:18-00053, and Count One of the Superseding Indictment was dismissed as to this defendant.

7) Shaun Givens' final disposition hearing was held on September 4, 2018, in Criminal No. 5:18-00066, and Count One of the Superseding Indictment was dismissed as to this defendant.

8) Jonathan Brockman's final disposition hearing was held on August 9, 2018, in Criminal No. 5:18-00014, and Count One of the Superseding Indictment was dismissed as to this defendant.

9) Shawn Anderson's disposition hearing was held on July 11, 2018, in Criminal No. 5:18-00066, and Count One of the Superseding Indictment was dismissed as to this defendant.

10) David Coleman's disposition hearing was held on July 26, 2018, in Criminal No. 2:18-00059, and Count One of the Superseding Indictment was dismissed as to this defendant.

The Clerk is directed to send copies of this Order to all counsel of record, the United States Probation Department, and the United States Marshal.

**IT IS SO ORDERED** this 5th day of September, 2018.

        ENTER:

        */s/ David A. Faber*
        David A. Faber
        Senior United States District Judge